IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JAMES KIM GATLUAK,<br><br>                Defendant. | 4:14-CR-3108<br><br>ORDER |

      This matter is before the Court on the defendant's motion for copies (filing 54). The defendant has requested a copy of the docket sheet for his case. The Court will grant the defendant's request.

      IT IS ORDERED:

      1.    The defendant's motion for copies (filing 70) is granted.

      2.    The Clerk's Office is directed to mail a copy of this order, together with the attached print-out of the docket sheet in this case, to the defendant, at his address of record.

      Dated this 10th day of June, 2015.

                                                      BY THE COURT:

                                                       John M. Gerrard
                                                       United States District Judge

CLOSED,CUSTODY,TRIAL−LINCOLN

# U.S. District Court
## District of Nebraska (4 Lincoln)
### CRIMINAL DOCKET FOR CASE #: 4:14−cr−03108−JMG−CRZ−1
*Internal Use Only*

---

| | |
|---|---|
| Case title: USA v. Gatluak | Date Filed: 09/17/2014 |
| | Date Terminated: 04/14/2015 |

---

Assigned to: Judge John M. Gerrard
Referred to: Magistrate Judge Cheryl R. Zwart

**Defendant (1)**

| | | |
|---|---|---|
| **James Kim Gatluak**<br>*TERMINATED: 04/14/2015*<br>also known as<br>Kim J. Gatluak<br>*TERMINATED: 04/14/2015*<br>also known as<br>James Keem Gatluak<br>*TERMINATED: 04/14/2015* | represented by | **James Kim Gatluak**<br>26793−047<br>USP−VICTORVILLE<br>P.O. Box 3900<br>Adelanto, CA 92301<br>PRO SE<br><br>**Michael J. Hansen**<br>FEDERAL PUBLIC DEFENDER'S OFFICE −<br>OMAHA<br>222 South 15th Street<br>Suite 300N, One Central Park Plaza<br>Omaha, NE 68102<br>(402) 221−7896<br>Email: mike_hansen@fd.org<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community<br>Defender Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 922(g)(1) & 924(a)(2)<br>FELON IN POSSESSION OF<br>FIREARM AND AMMUNITION<br>(1) | Defendant pleaded guilty to Count I of the Indictment and was committed to the custody of Bureau of Prisons for 84 months; 2 years supervised release with special conditions; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Sara E. Fullerton**<br>U.S. ATTORNEY'S OFFICE – LINCOLN<br>100 Centennial Mall North<br>Suite 487, Federal Building<br>Lincoln, NE 68508–3865<br>(402) 437–5241<br>Fax: (402) 437–5390<br>Email: sara.fullerton@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2014 | 1 | PART 1 OF 2 – INDICTMENT with foreperson's signature redacted pursuant to the E–Government Act as to defendant James Kim Gatluak. (KMG) (Entered: 09/17/2014) |
| 09/17/2014 | 2 | PART 2 OF 2 – FOREPERSON'S SIGNATURE PAGE regarding Indictment 1 as to defendant James Kim Gatluak. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(e). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (KMG) (Entered: 09/17/2014) |
| 09/17/2014 | 3 | CRIMINAL COVER SHEET as to defendant James Kim Gatluak. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (KMG) (Entered: 09/17/2014) |
| 09/17/2014 | 4 | *SEALED* ARREST WARRANT ISSUED (COPY) in case as to defendant James Kim Gatluak. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (KMG) (Entered: 09/17/2014) |
| 09/23/2014 | 5 | TEXT ORDER SETTING HEARING as to defendant James Kim Gatluak. Initial Appearance set for **9/24/2014 at 02:15 PM in Courtroom 2,** Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (DMS) (Entered: 09/23/2014) |
| 09/23/2014 | 6 | MOTION for Writ of Habeas Corpus Ad Prosequendum by Attorney Sara E. Fullerton as to defendant(s) James Kim Gatluak. (Fullerton, Sara) (Entered: 09/23/2014) |
| 09/23/2014 | 7 | ORDER granting 6 Motion for Writ of Habeas Corpus ad prosequendum as to James Kim Gatluak (1). Ordered by Magistrate Judge Cheryl R. Zwart. (E–mailed to USM) (DMS) (Entered: 09/23/2014) |
| 09/24/2014 | | (Court only) ***Attorney Michael J. Hansen for James Kim Gatluak added per John Cambridge (CCB) (Entered: 09/24/2014) |
| 09/24/2014 | 8 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 9/24/14 as to defendant James Kim Gatluak. Initial Appearance and arraignment on Indictment held. Appointment of counsel requested. Court appoints Federal Public Defender to represent defendant. Not guilty plea entered as to Count I of the indictment. Trial set 12/1/14 before Judge Gerrard. Pretrial motions to be filed by 10/24/2014. Counsel to comply with local rules regarding discovery. Progression order to be issued. Government requests detention. Defendant does not contest detention at this time and is in state custody. Defendant remanded to the custody of the USM. Detention order forthcoming. Appearance for Plaintiff: Sara Fullerton; For Defendant: Mike Hansen, FPD. Courtroom Deputy: Colleen Beran. Reporter: Digital Recorder. No interpreter used during hearing. Time Start: 2:23 p.m.; |

| | | |
|---|---|---|
| | | Time Stop: 2:29 p.m.; Time in Court: 6 Minutes. (CCB) (Entered: 09/24/2014) |
| 09/24/2014 | 9 | 🔊 AUDIO FILE. Audio as to Defendant (1) James Kim Gatluak. Court Date & Time [ 09/24/2014 2:21:36 PM ]. File Size [ 1344 KB ]. Run Time [ 00:05:36 ]. (Arraignment). (auto−docket). (Entered: 09/24/2014) |
| 09/24/2014 | 10 | *SEALED* SEALED CJA 23 Financial Affidavit by James Kim Gatluak. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (CCB) (Entered: 09/24/2014) |
| 09/24/2014 | 11 | ORDER APPOINTING COUNSEL – The Federal Public Defender for the District of Nebraska is appointed to represent the defendant in this matter as to defendant James Kim Gatluak. Ordered by Magistrate Judge Cheryl R. Zwart. (CCB) (Entered: 09/24/2014) |
| 09/24/2014 | 12 | **ORDER FOR PROGRESSION OF A CRIMINAL CASE** as to defendant James Kim Gatluak:<br>a) Rule 16 discovery due within 14 days.<br>b) Pretrial Motion Deadline set for **10/24/2014.**<br>c) 3−day Jury Trial set for **12/1/2014 at 09:00 AM in Courtroom 1**, Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard.<br>Ordered by Magistrate Judge Cheryl R. Zwart. (CCB ) (Entered: 09/24/2014) |
| 09/24/2014 | | (Court only) ***Arrest on 09/24/14 as to defendant(s) James Kim Gatluak (NMW) (Entered: 09/26/2014) |
| 09/26/2014 | 13 | ARREST WARRANT RETURNED EXECUTED in case as to defendant James Kim Gatluak. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (NMW) (Entered: 09/26/2014) |
| 09/26/2014 | 14 | ORDER of Detention pending trial as to defendant James Kim Gatluak. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 09/26/2014) |
| 10/27/2014 | | (Court only) ***Terminate Deadlines and Hearings as to defendant James Kim Gatluak. Pretrial Motion Deadline has passed. Case is set for trial. (JAB) (Entered: 10/27/2014) |
| 11/19/2014 | 15 | MOTION to Restrict pursuant to the E−Government Act by Attorney Michael J. Hansen as to defendant(s) James Kim Gatluak. (Hansen, Michael) (Entered: 11/19/2014) |
| 11/19/2014 | 16 | RESTRICTED MOTION regarding MOTION to Restrict pursuant to the E−Government Act 15 ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E−GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI−DEFENDANT CASES MAY ACCESS THIS DOCUMENT. – by Attorney Michael J. Hansen as to defendant(s) James Kim Gatluak. (Hansen, Michael) (Entered: 11/19/2014) |
| 11/19/2014 | 17 | TEXT ORDER granting 15 Motion to Restrict pursuant to the E−Government Act as to James Kim Gatluak (1) Ordered by Magistrate Judge Cheryl R. Zwart. ( Zwart, Cheryl) (Entered: 11/19/2014) |
| 11/19/2014 | 18 | TEXT ORDER SETTING MOTION HEARING regarding RESTRICTED MOTION 16 as to defendant James Kim Gatluak. **Motion Hearing set for 12/3/2014 at 10:00 AM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 11/19/2014) |
| 11/19/2014 | 19 | ORDER SETTING CHANGE OF PLEA HEARING as to defendant James Kim Gatluak. The defendant's request to set a change of plea hearing is granted. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of the defendant. **Change of Plea Hearing set for 12/1/2014 10:00 AM** in |

| | | |
|---|---|---|
| | | Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. The time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. 3161(h)(1). Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 11/19/2014) |
| 11/19/2014 | 20 | TEXT ORAL MOTION – to reschedule motion hearing by Attorney Michael J. Hansen as to defendant James Kim Gatluak. (JAB) (Entered: 11/19/2014) |
| 11/19/2014 | 21 | TEXT ORDER granting 20 Defendant's Oral Motion to reschedule motion hearing regarding RESTRICTED MOTION 16 as to James Kim Gatluak (1). **Motion Hearing rescheduled to 12/1/2014 at 10:00 AM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 11/19/2014) |
| 12/01/2014 | 22 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 12/1/2014 as to defendant James Kim Gatluak. Hearing held on defendant's motion for release 16 . Objection by Government. Court takes judicial notice of pretrial service report. Proffer by defendant. Argument by both parties. Admonition by Court. Defendant's motion for release is granted. Order forthcoming. Defendant's oral motion to continue plea hearing is granted. **Change of plea continued to 1/6/2015 02:30 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Defendant's oral waiver of speedy trial is accepted. Time between today and 1/6/2015 is excluded from speedy trial calculation. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Sara Fullerton; For Defendant: Mike Hansen, FPD. No interpreter used during hearing. Time Start: 10:06 AM; Time Stop: 10:28 AM; Time in Court: 22 Minutes. (JAB) (Entered: 12/01/2014) |
| 12/01/2014 | 23 | 🔊 AUDIO FILE. Audio as to Defendant (1) James Kim Gatluak. Court Date & Time [ 12/01/2014 10:06:40 AM ]. File Size [ 5132 KB ]. Run Time [ 00:21:23 ]. (Motion hearing). (auto–docket). (Entered: 12/01/2014) |
| 12/01/2014 | 24 | ORDER SETTING CONDITIONS OF RELEASE as to defendant James Kim Gatluak. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 12/01/2014) |
| 12/10/2014 | 25 | *SEALED* SEALED PRETRIAL SERVICES REPORT as to defendant James Kim Gatluak. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Greve, Troy) (Entered: 12/10/2014) |
| 01/05/2015 | 26 | *SEALED* SEALED PRETRIAL SERVICES RELEASE STATUS REPORT as to defendant James Kim Gatluak. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Roberts, James) (Entered: 01/05/2015) |
| 01/06/2015 | 27 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 1/6/2015 as to defendant James Kim Gatluak. Defendant's oral consent to proceed before Magistrate Judge accepted. Defendant rearraigned on Indictment. Change of Plea Hearing held. Defendant withdraws plea of not guilty and enters a Guilty plea to Count I of the Indictment. Court finds that the plea is knowing, intelligent and voluntary and that there is a factual basis for it. Recommended that plea and plea agreement be accepted at or before sentencing. Sentencing is scheduled for April 10, 2015 at 9:30 a.m. before Judge Gerrard. Defendant released on same terms and conditions as previously in place. Written Findings and Recommendation will be issued. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Sara Fullerton; For Defendant: Mike Hansen, FPD. No interpreter used during hearing. Time Start: 2:34 PM; Time Stop: 2:56 PM; Time in Court: 22 Minutes. (JAB) (Entered: 01/06/2015) |

| | | |
|---|---|---|
| 01/06/2015 | 28 | 🔊 AUDIO FILE. Audio as to Defendant (1) James Kim Gatluak. Court Date & Time [ 01/06/2015 2:34:25 PM ]. File Size [ 5262 KB ]. Run Time [ 00:21:55 ]. (Change of Plea hearing). (auto–docket). (Entered: 01/06/2015) |
| 01/06/2015 | 29 | PETITION to enter plea of guilty as to defendant James Kim Gatluak. (JAB) (Entered: 01/07/2015) |
| 01/06/2015 | 30 | PLEA AGREEMENT as to defendant James Kim Gatluak. (JAB) (Entered: 01/07/2015) |
| 01/06/2015 | 31 | FINDINGS AND RECOMMENDATION ON PLEA OF GUILTY to the Honorable John M. Gerrard, United States District Judge, that after de novo review, the court accept the guilty plea and plea agreement, and find the defendant guilty of the crime to which the defendant tendered a guilty plea as to defendant James Kim Gatluak. If any party desires to object to the findings and recommendation, they shall do so no later than 14 calendar days following the date of the filing of the plea transcript, or the audio recording of the proceeding, whichever is earlier. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 01/07/2015) |
| 01/06/2015 | 32 | ORDER ON SENTENCING SCHEDULE as to defendant James Kim Gatluak. **Sentencing set for 4/10/2015 at 09:30 AM** in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge John M. Gerrard. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 01/07/2015) |
| 01/07/2015 | 33 | LETTER BY CLERK that a transcript request was sent to Latimer Reporting for transcription regarding Minutes of Change of Plea Hearing,,,, 27 . Transcript ordered by Magistrate Judge Cheryl R. Zwart as to defendant(s) James Kim Gatluak. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. (SCR, ) (Entered: 01/07/2015) |
| 01/19/2015 | 34 | TRANSCRIPT (UNREDACTED) of Gui proceedings before Magistrate Judge Cheryl R. Zwart held on 1–6–15 as to defendant(s) James Kim Gatluak. Total Number of Billable Pages: 24. Total Number of Pages: 24. The transcript may be viewed at the courts public terminal or purchased through Transcriber Vicki Jarchow at (402) 476–1153 before the expiration of the Release of Transcript Restriction deadline. The parties have 5 business days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Click here to view the Transcript Redaction Procedure. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E–GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI–DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Redaction Request due 2/9/2015. Redacted Transcript Deadline set for 2/19/2015. Release of Transcript Restriction set for 4/20/2015. (Jarchow, Vicki) (Entered: 01/19/2015) |
| 02/02/2015 | 35 | MEMORANDUM AND ORDER adopting 31 the Magistrate Judge's Findings and Recommendations on Plea of Guilty. The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea. The Court defers acceptance of any plea agreement until the time of sentencing, pursuant to Fed. R. Crim. P. 11(c)(3). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence. This case shall proceed to sentencing as to James Kim Gatluak (1). Ordered by Judge John M. Gerrard. (JSF) (Entered: 02/02/2015) |
| 02/10/2015 | 36 | PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE as to defendant James Kim Gatluak. – Warrant Issued. (Filed under seal on 2/10/2015, unsealed on 2/11/2015 pursuant to notification of arrest.) Ordered by Magistrate Judge Cheryl R. Zwart. (E–mailed to USM)(JAB) Modified on 2/11/2015 to unseal. (JAB) (Entered: 02/10/2015) |
| 02/10/2015 | 37 | *SEALED* ARREST WARRANT ISSUED (COPY) as to defendant James Kim Gatluak. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED |

| | | |
|---|---|---|
| | | PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (JAB) (Entered: 02/10/2015) |
| 02/11/2015 | | (Court only) ***Terminate Redaction Request and Redacted Transcript Deadlines regarding 34 as the deadline has expired and a notice of intent to request redaction was not filed as to defendant James Kim Gatluak. (JSF) (Entered: 02/11/2015) |
| 02/11/2015 | 38 | TEXT ORDER SETTING HEARING as to defendant James Kim Gatluak. **Initial Appearance on Pretrial Violation set for 2/12/2015 at 02:30 PM** in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 02/11/2015) |
| 02/12/2015 | 39 | *SEALED* SEALED PRETRIAL SERVICES VIOLATION REPORT as to defendant James Kim Gatluak. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Attachments: # 1 Appendix NOVA Discharge Summary) (Roberts, James) (Entered: 02/12/2015) |
| 02/12/2015 | 40 | TEXT MINUTE ENTRY for proceedings held before Magistrate Judge Cheryl R. Zwart in Lincoln on 2/12/2015 as to defendant James Kim Gatluak. Initial Appearance on Petition for Action on Conditions of Pretrial Release 36 held. Probable Cause Hearing is waived. Defendant admits allegations. Court finds defendant is in violation of his pretrial release. Government's motion for detention is granted. Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the Court. Courtroom Deputy: Jeri A. Bierbower. Reporter: Digital Recorder. Appearance for Plaintiff: Sara Fullerton; For Defendant: Mike Hansen, FPD. Time Start: 2:24 PM; Time Stop: 2:33 PM; Time in Court: 9 Minutes. (JAB) (Entered: 02/12/2015) |
| 02/12/2015 | 41 | 🔊 AUDIO FILE. Audio as to Defendant (1) James Kim Gatluak. Court Date & Time [ 02/12/2015 2:24:59 PM ]. File Size [ 1760 KB ]. Run Time [ 00:07:20 ]. (IA on Pretrial Release violation). (auto−docket). (Entered: 02/12/2015) |
| 02/12/2015 | 42 | ORDER of Detention pending sentencing as to defendant James Kim Gatluak. Ordered by Magistrate Judge Cheryl R. Zwart. (JAB) (Entered: 02/12/2015) |
| 03/10/2015 | 43 | ADOPTION OF/STATEMENT REGARDING PRESENTENCE REPORT by Attorney Sara E. Fullerton as to defendant(s) James Kim Gatluak. (Fullerton, Sara) (Entered: 03/10/2015) |
| 03/16/2015 | 44 | MOTION for Downward Departure/Variance by Attorney Michael J. Hansen as to defendant(s) James Kim Gatluak. (Hansen, Michael) (Entered: 03/16/2015) |
| 03/17/2015 | 45 | BRIEF in opposition to MOTION for Downward Departure/Variance 44 by Attorney Sara E. Fullerton as to defendant(s) James Kim Gatluak. (Fullerton, Sara) (Entered: 03/17/2015) |
| 03/19/2015 | 46 | TENTATIVE FINDINGS regarding Presentence Investigation Report as to defendant James Kim Gatluak. Ordered by Judge John M. Gerrard. (JSF) (Entered: 03/19/2015) |
| 04/10/2015 | 47 | *SEALED* PRESENTENCE INVESTIGATION REPORT as to defendant(s) James Kim Gatluak THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Lincoln, Kimberly) (Entered: 04/10/2015) |
| 04/10/2015 | 48 | *SEALED* SENTENCING RECOMMENDATIONS as to defendant(s) James Kim Gatluak THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (Lincoln, Kimberly) (Entered: 04/10/2015) |
| 04/10/2015 | 49 | TEXT MINUTE ENTRY of sentencing proceedings held before Judge John M. Gerrard in Lincoln on 04/10/15 as to defendant James Kim Gatluak. Court accepts plea agreement and adopts the presentence report. Court denies defendant's motion 44 for |

| | | |
|---|---|---|
| | | variance. On plea of guilty to Count I of the Indictment, it is ordered that the defendant is sentenced to the custody of the Bureau of Prisons for a term of 84 months, followed by 2 years supervised release with special conditions, and pay $100 special assessment. Defendant is remanded to the custody of the USM. Appearance for Plaintiff: Sara Fullerton; Defendant: Michael Hansen, FPD; Probation Officer: Laura Baumann (present by phone); Courtroom Deputy: Colleen Beran; Court Reporter: digital. No interpreter used during hearing. Time Start: 9:32 a.m.; Time Stop: 9:50 a.m.; Time in Court: 18 Minutes. (CCB) (Entered: 04/10/2015) |
| 04/10/2015 | 50 | 🔊 AUDIO FILE. Audio as to Defendant (1) James Kim Gatluak. Court Date & Time [ 04/10/2015 9:31:04 AM ]. File Size [ 3998 KB ]. Run Time [ 00:16:40 ]. (Sentencing hearing). (auto−docket). (Entered: 04/10/2015) |
| 04/10/2015 | 51 | NOTICE OF RIGHT TO APPEAL in criminal cases and counsel's acknowledgment and receipt of the 8th Circuit's Rule 27C by Attorney Michael J. Hansen as to defendant James Kim Gatluak. (CCB) (Entered: 04/10/2015) |
| 04/14/2015 | 52 | JUDGMENT as to James Kim Gatluak (1). Defendant pleaded guilty to Count I of the Indictment and is committed to the custody of Bureau of Prisons for 84 months; 2 years supervised release with special conditions; $100 special assessment. Criminal Case Terminated as to defendant James Kim Gatluak. Ordered by Judge John M. Gerrard. (4 Certified copies to USM)(CCB) (Entered: 04/14/2015) |
| 04/14/2015 | 53 | *SEALED* SEALED STATEMENT OF REASONS for sentence regarding Judgment 52 as to defendant James Kim Gatluak. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. Ordered by Judge John M. Gerrard. (Copy to defendant's counsel)(CCB) (Entered: 04/14/2015) |
| 04/20/2015 | | (Court only) ***Terminate Release of Restricted Transcript Deadline regarding 34 as to defendant James Kim Gatluak. (JSF) (Entered: 04/20/2015) |
| 06/08/2015 | 54 | MOTION for Copies as to defendant James Kim Gatluak. (JSF) (Entered: 06/09/2015) |
| 06/09/2015 | | (Court only) ***Motions No Longer Referred MOTION for Copies 54 as to defendant(s) James Kim Gatluak (Zwart, Cheryl) (Entered: 06/09/2015) |