IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAMES KIM GATLUAK,<br><br>                    Defendant. | 4:14-CR-3108<br><br>ORDER |

      This matter is before the Court on the defendant's request for a transcript of the sentencing proceedings in his case (filing 56). The defendant asks the Court to provide him with a transcript of his sentencing proceedings, or, in the alternative, to inform him of the cost of preparing such a transcript.

      Pursuant to 28 U.S.C. § 753(f), fees for transcripts shall be paid for by the United States for persons allowed to appeal *in forma pauperis*. Additionally, fees for transcripts furnished in proceedings brought under 28 U.S.C. § 2255 shall be paid for by the United States if the defendant is permitted to proceed *in forma pauperis,* and if the trial judge or a circuit judge certifies that: (1) the suit or appeal is not frivolous, and (2) that the transcript is needed to decide the issue presented. 28 U.S.C. § 753(f).

      The defendant represents that he is indigent, and based on the Court's records, it appears the defendant would be allowed to proceed *in forma pauperis*. However, judgment in this case was entered on April 14, 2015, and so, pursuant to Federal Rule of Appellate Procedure 4(b), the time to appeal has elapsed. If defendant is considering a § 2255 motion, he has not notified the Court of its basis, and so the Court cannot determine if the motion is frivolous and whether a transcript is needed. Therefore, at this time, defendant is only entitled to a transcript of his sentencing proceedings if he submits the required payment.

      Because the defendant has not appealed his sentence or conviction, the audio recording of defendant's sentencing hearing has not yet been transcribed. The estimated cost to prepare a written transcript of that hearing is $80.30. Alternatively, a copy of the audio recording may be sent to the defendant on a CD for $30.00. If the defendant wishes to purchase either of these, he should fill out Part A of the attached "Request for Transcript" form, and then send that form to the Clerk's Office along with the appropriate payment. Should the cost of the transcript exceed the amounts

estimated above, the defendant will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

IT IS ORDERED:

1. The defendant's motion for copies (filing 56) is denied at this time.

2. The Clerk's Office is directed to mail a copy of this order, along with the attached Request for Transcript form, to the defendant, at his address of record.

Dated this 30th day of June, 2015.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
United States District Judge

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

_____

_____ Case No._____
                Plaintiff(s),

        vs.                                    **REQUEST FOR TRANSCRIPT**
                                                       **OR**
_____        **CERTIFICATE OF NO TRANSCRIPT ORDER**


_____
                Defendant(s).


*Complete <u>EITHER</u> Part A or Part B*

------------------- **PART A** --------------------

**TO COURT REPORTER:** \_\_\_\_   Prepare a transcript.[1]

**TO CLERK:** \_\_\_\_   Burn an audio CD of a digitally-recorded hearing before Judge Gerrard, Judge Kopf, Judge Urbom, or a magistrate judge, if available. [2]

**Please prepare a transcript of the proceedings indicated below:**

\_\_\_\_   **Pretrial Proceeding** held on_____

\_\_\_\_   **Plea Hearing** held on_____

\_\_\_\_   **Sentencing** held on_____

\_\_\_\_   **Trial** held on_____
(**NOTE:** Transcript will <u>not</u> include voir dire, opening statements, or closing arguments unless specifically requested):

---

[1] **NOTE:** After the court reporter or transcriber files the official transcript in any civil or criminal proceeding, the parties will have seven business days to file a Notice of Intent to Request Redaction. **See** NEGenR 1.3(c); NECivR 5.3; NECrimR 49.3. **See also** http://www.ned.uscourts.gov/plans-and-policies, "Transcript Redaction Procedure (Revised; Effective May 12, 2008)."

[2] Digital audio files of hearings and trials before Judge Gerrard, Judge Kopf, Judge Urbom, and the magistrate judges may be available over the Internet through the Public Access to Court Electronic Records (PACER) system at https://ecf.ned.uscourts.gov/cgi-bin/ShowIndex.pl.  See Digital Audio Files of Court Proceedings Available Online at http://www.ned.uscourts.gov/email.

\_\_\_\_    **Testimony ONLY of Specific Trial Witness(es)**

    Name_____
    Date_____

    Name_____
    Date_____

    Name_____
    Date_____

\_\_\_\_    **Other Hearing** held on_____

**Delivery Requested**:[3]

\_\_\_\_ Within 30 calendar days.

\_\_\_\_ Within 14 calendar days.

\_\_\_\_ Within 7 calendar days.

                                                s/_____
                                                  Attorney's Signature/Party Name

                                                   Address_____

                                                   City/State_____

                                                   Date_____

                                                   I am (indicate one):

                                                   \_\_\_\_    Retained    \_\_\_\_    FPD
                                                 \_\_\_\_    CJA          \_\_\_\_    USA
                                                                     \_\_\_\_    A party to this action

---

[3]Court Reporting Fee Schedule is located at http://www.ned.uscourts.gov/fees.

-------------------- **PART B** --------------------

### CERTIFICATE OF NO TRANSCRIPT ORDER

By signing below, I certify that no transcript will be ordered.

s/_____
Attorney's Signature

Date_____

_____

### CERTIFICATE OF SERVICE

I hereby certify that on_____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
_____
and  I hereby certify that I have mailed by United States Postal Service the document to the the following non CM/ECF participants:_____.

s/_____

_____

### COURT REPORTER/TRANSCRIBER ACKNOWLEDGMENT

- Date Order Received _____

- Estimated Completion Time_____

- Estimated Number of Pages_____

_____
Court Reporter/Transcriber

Date_____