IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br><br>vs.<br><br>JAMES GATLUAK,<br><br>               Defendant. | Case No. 4:14cr3108<br><br>Order |

Before the Court is the request for transcript of hearing held on April 10, 2015 [58].

IT IS ORDERED:

1. The request for transcript, filing [58] is granted.

2. James Gatluak, is ordered to pay to the Clerk the amount of $80.30. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of this fee, the clerk is ordered to prepare a transcript of the hearing held on 04/10/2015. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

DATED: July 15, 2015

BY THE COURT:

s/ John M. Gerrard
United States District Judge