IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14cr3108 |
| vs. | ORDER |
| JAMES KIM GATLUAK, | |
| Defendant. | |

Before the Court is the Request for Transcript of Hearing Held on April 10, 2015 [49] and the preparation Transcript [64].

IT IS ORDERED:

1. Nyamal Gatluak, submitted a deposit with the Clerk in the amount of $80.30. The actual cost of the transcript is $58.40.

2. The clerk is ordered to refund Nyamal Gatluak $21.90.

Dated: July 11, 2017

BY THE COURT:

s/ John M. Gerrard
United States District Judge